**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-33393-CAD |
| | § | |
| BRIAN D CLINITE | § | |
| TANYA M CLINITE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/20/2013, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/24/2013            By:   /s/ David P. Leibowitz
                                            (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-33393-CAD |
| | § | |
| BRIAN D CLINITE | § | |
| TANYA M CLINITE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                             $4,500.00
*and approved disbursements of*                                $11.92
*leaving a balance on hand of[1]:*                               $4,488.08

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,488.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,125.00 | $0.00 | $1,125.00 |
| David P. Leibowitz, Trustee Expenses | $4.02 | $0.00 | $4.02 |
| Lakelaw, Attorney for Trustee Fees | $1,560.00 | $0.00 | $1,560.00 |
| Lakelaw, Attorney for Trustee Expenses | $24.84 | $0.00 | $24.84 |

Total to be paid for chapter 7 administrative expenses:     $2,713.86
Remaining balance:     $1,774.22

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

|  |  | Remaining balance: | $1,774.22 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,774.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,359.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $2,467.74 | $0.00 | $179.74 |
| 2 | GE Capital Retail Bank/ Toys "R" US Mastercard | $726.74 | $0.00 | $52.93 |
| 3 | GE Capital Retail Bank/ JCPENNEY Credit Services | $459.00 | $0.00 | $33.43 |
| 4 | GE Capital Retail Bank/ Sam's Club | $3,941.49 | $0.00 | $287.07 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $1,591.65 | $0.00 | $115.93 |
| 6 | Capital One Bank (USA), N.A. | $3,148.41 | $0.00 | $229.31 |
| 7 | Capital One Bank (USA), N.A. | $12,024.75 | $0.00 | $875.81 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,774.22 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 12-33393-CAD
Brian D Clinite                                                     Chapter 7
Tanya M Clinite
      Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez                 Page 1 of 2              Date Rcvd: Oct 25, 2013
                              Form ID: pdf006               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
db/jdb         +Brian D Clinite,    Tanya M Clinite,    170 Williamsburg Dr.,    Bartlett, IL 60103-4047
19349477      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Fia Csna/Bank of America,    Attn: Bankruptcy,    Po Box 15102,
                 Wilmington, DE 19886)
19349448       +Bancorpsouth,    Pob 3370,    Tupelo, MS 38803-3370
19349449       +Bmo Harris Bank,    335 S Main St,    Bartlett, IL 60103-4422
19349466      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
19349450        Cadence,    25 N Winfield Rd.,    Winfield, IL 60190
19349451       +Caf/Carmax Auto Finance,    Attn: Bankruptcy,    225 Chastain Meadows Ct.,
                 Kennesaw, GA 30144-5942
19349453       +Cap1/mnrds,    Po Box 5253,    Carol Stream, IL 60197-5253
19819627        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19349455       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19349458       +Cbusasears,    Attention: Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
19349459       +Central Dupage Emergency,    PO Box 366,    Hinsdale, IL 60522-0366
19349460       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19349463       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
19349464       +Chase - Toys R Us,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
19349465       +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19349473       +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    Po Box 20363,
                 Kansas City, MO 64195-0363
19349476       +Dupage Medical,    15921 Collections Center Dr.,    Chicago, IL 60693-0159
19349478       +First National Bank Credit Card Center,    Attention: Bankruptcy Department,
                 1620 Dodge St. Stop Code: 3105,    Omaha, NE 68197-0003
19349479       +First Usa Bank N A/Chase,    Chase Card Services/Attn: Bankruptcy Dep,    Po Box 15298,
                 Wilmington, DE 19850-5298
19349486       +Harris N.a.,    Bmo-Attention: Legal Service,    1100 W. Monroe 421 E,    Chicago, IL 60607-2507
19349485       +Harris N.a.,    Bmo-Harris Bank/Attention: Legal Service,    1100 W. Monroe 421 E,
                 Chicago, IL 60607-2507
19349487       +Hsbc/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
19349488       +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
19349492       +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
19349495       +OAD Ortho,    PO Box 661307,    Chicago, IL 60666-1307
19349496       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
19349497       +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
19349501       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19349502       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475
19349503       +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
19349504       +Windfield Radiology Consultants,    6910 S Madison St.,    Willowbrook, IL 60527-5504
19349505       +Winfield Laboratory,    DEPT 4408,    Carol Stream, IL 60122-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19349454       +E-mail/Text: cms-bk@cms-collect.com Oct 26 2013 00:53:12      Capital Management Services,
                 726 Exchange St Ste. 700,    Buffalo, NY 14210-1464
19699914        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2013 00:59:08      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19349474       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2013 00:59:08      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19718959        E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2013 00:57:15      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19349480       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:58:59      GE Mongram Bank / JC Penney Dc,
                 Ge Capital Retail Bank,    Po Box 103104,    Roswell, GA 30076-9104
19349481       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:57:08      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19349484       +E-mail/Text: bankruptcy@hraccounts.com Oct 26 2013 00:52:52      H & R Accounts Inc,
                 P.O. Box 672,    Moline, IL 61266-0672
19349489       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2013 00:52:53      Kohls,
                 Attention: Collections,    Po Box 3084,    Milwaukee, WI 53201-3084
19349491       +E-mail/Text: pfinn@mcscol.com Oct 26 2013 00:54:39      MCS Collections,
                 725 S Wells St. Ste. 501,    Chicago, IL 60607-4516
19752072       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2013 00:58:52
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20354118        E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2013 00:58:27      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354119        E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2013 00:58:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
19349498       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:58:18      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2                   Date Rcvd: Oct 25, 2013
                              Form ID: pdf006            Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                    TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19349467*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
19349468*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
19349469*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
19349470*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
19349471*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
19349472*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
19349452*     +Caf/Carmax Auto Finance,    Attn: Bankruptcy,    225 Chastain Meadows Ct.,
                 Kennesaw, GA 30144-5942
19349456*     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19349457*     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19349461*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19349462*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19349475*     +Discover Fin,    Attention: Bankruptcy Department,     Po Box 3025,    New Albany, OH 43054-3025
19349482*     +Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19349483*     +Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19349490*     +Kohls,   Attention: Collections,    Po Box 3084,    Milwaukee, WI 53201-3084
19349493*     +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
19349499*     +Sams Club / GEMB,    Attention: Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
19349500*     +Sams Club / GEMB,    Attention: Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
19349494     ##+Nationwide Credit & Co,    815 Commerce Dr. Suite 100,    Oak Brook, IL 60523-8839
                                                                                         TOTALS: 0, * 18, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
              David H Cutler    on behalf of Joint Debtor Tanya M Clinite cutlerfilings@gmail.com
              David H Cutler    on behalf of Debtor Brian D Clinite cutlerfilings@gmail.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```