**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-33393-CAD |
| | § | |
| BRIAN D CLINITE | § | |
| TANYA M CLINITE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $166,991.00 | Assets Exempt: | $133,791.00 |
| Total Distributions to Claimants: | $1,774.22 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,725.78 | | |

3)      Total gross receipts of $4,500.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $165,091.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,725.78 | $2,725.78 | $2,725.78 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $81,435.00 | $24,359.78 | $24,359.78 | $1,774.22 |
| **Total Disbursements** | $246,526.00 | $27,085.56 | $27,085.56 | $4,500.00 |

4). This case was originally filed under chapter 7 on 08/22/2012. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2014          By:    /s/ David P. Leibowitz

                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 170 Williamsburg Dr. Bartlett IL. Value established by Realtor.com April 24, 2012. | 1110-000 | $4,500.00 |
| **TOTAL GROSS RECEIPTS** | | $4,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. | 4110-000 | $165,091.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $165,091.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,125.00 | $1,125.00 | $1,125.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.02 | $4.02 | $4.02 |
| Green Bank | 2600-000 | NA | $11.92 | $11.92 | $11.92 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,560.00 | $1,560.00 | $1,560.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $24.84 | $24.84 | $24.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,725.78 | $2,725.78 | $2,725.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| 1 | Discover Bank | 7100-900 | $2,255.00 | $2,467.74 | $2,467.74 | $179.74 |
| 2 | GE Capital Retail Bank/ Toys "R" US Mastercard | 7100-900 | $0.00 | $726.74 | $726.74 | $52.93 |
| 3 | GE Capital Retail Bank/ JCPENNEY Credit Services | 7100-900 | $327.00 | $459.00 | $459.00 | $33.43 |
| 4 | GE Capital Retail Bank/ Sam's Club | 7100-900 | $3,533.00 | $3,941.49 | $3,941.49 | $287.07 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | 7100-900 | $1,468.00 | $1,591.65 | $1,591.65 | $115.93 |
| 6 | Capital One Bank (USA), N.A. | 7100-900 | $2,952.00 | $3,148.41 | $3,148.41 | $229.31 |
| 7 | Capital One Bank (USA), N.A. | 7100-900 | $11,718.00 | $12,024.75 | $12,024.75 | $875.81 |
|  | Bancorpsouth | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Bmo Harris Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Cadence | 7100-000 | $31,403.00 | NA | NA | $0.00 |
|  | Caf/Carmax Auto Finance | 7100-000 | $2,364.00 | NA | NA | $0.00 |
|  | Caf/Carmax Auto Finance | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Cap1/mnrds | 7100-000 | $928.00 | NA | NA | $0.00 |
|  | Capital One, N.a. | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Cbusasears | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Central Dupage Emergency | 7100-000 | $856.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $10,483.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $1,414.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Chase Mht Bk | 7100-000 | $650.00 | NA | NA | $0.00 |
|  | Citibank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Citibank Sd, Na | 7100-000 | $7,703.00 | NA | NA | $0.00 |
|  | Citibank Sd, Na | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Citibank Sd, Na | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Citibank Sd, Na | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Citibank Usa | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Citifinancial Retail Services | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Discover Fin | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Dupage Medical | 7100-000 | $411.00 | NA | NA | $0.00 |
|  | Fia Csna/Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| First National Bank Credit Card Center | 7100-000 | $0.00 | NA | NA | $0.00 |
| First Usa Bank N A/Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| GE Mongram Bank / JC Penney Dc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/JC Penny | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/JC Penny | 7100-000 | $0.00 | NA | NA | $0.00 |
| H & R Accounts Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Harris N.a. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/bstby | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/carsn | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kohls | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kohls | 7100-000 | $0.00 | NA | NA | $0.00 |
| Med Busi Bur | 7100-000 | $189.00 | NA | NA | $0.00 |
| Med Busi Bur | 7100-000 | $57.00 | NA | NA | $0.00 |
| Nationwide Credit & Co | 7100-000 | $160.00 | NA | NA | $0.00 |
| OAD Ortho | 7100-000 | $196.00 | NA | NA | $0.00 |
| Pnc Mortgage | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rnb-fields3/Macy's | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sams Club / GEMB | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sams Club / GEMB | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| Tnb-Visa (TV) / Target | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wellsfargo | 7100-000 | $0.00 | NA | NA | $0.00 |
| Windfield Radiology Consultants | 7100-000 | $1,158.00 | NA | NA | $0.00 |
| Winfield Laboratory | 7100-000 | $1,210.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $81,435.00 | $24,359.78 | $24,359.78 | $1,774.22 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 12-33393-CAD | | | Trustee Name: | David Leibowitz |
| Case Name: | CLINITE, BRIAN D AND CLINITE, TANYA M | | | Date Filed (f) or Converted (c): | 08/22/2012 (f) |
| For the Period Ending: | 1/15/2014 | | | §341(a) Meeting Date: | 10/23/2012 |
| | | | | Claims Bar Date: | 02/13/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 170 Williamsburg Dr. Bartlett IL. Value established by Realtor.com April 24, 2012. | $183,644.00 | $0.00 | | $4,500.00 | FA |
| 2 | Harris Checking | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Harris Savings | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Various used household goods and possessions | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 5 | Various used clothes | $400.00 | $0.00 | | $0.00 | FA |
| 6 | One used wedding ring and various used costume jewelry | $4,000.00 | $0.00 | | $0.00 | FA |
| 7 | Husband and wife each have a term policy. The spouse is beneficiary and the children secondary beneficaries. | $0.00 | $0.00 | | $0.00 | FA |
| 8 | ING 401K Through old employe | $69,965.00 | $0.00 | | $0.00 | FA |
| 9 | Fidelity Rollover IRA | $2,972.00 | $0.00 | | $0.00 | FA |
| 10 | Fidelity IRA | $32,201.00 | $0.00 | | $0.00 | FA |
| 11 | 2011 Refund received in March 2012 of 8,434. Debtors used money to pay property tax bill of approximately $3,700, attorney fees for bankruptcy and the remaining was used for living expenses. | $0.00 | $0.00 | | $0.00 | FA |
| 12 | 1978 Pop Up Camper | $400.00 | $400.00 | | $0.00 | FA |
| 13 | 2005 Nissan Altima 4d Sedan. Value established via Carmax on 5/7/12. | $3,000.00 | $0.00 | | $0.00 | FA |
| 14 | 1998 GMC Suburban 130,000 miles. Value established via KBB on 6-1-2012 | $2,200.00 | $0.00 | | $0.00 | FA |
| 15 | 2002 Jeep Liberty with 70,000 miles. Wife is on title, but never made a payment for car, insurance or operation expenses. She was simply put on title because her mother is a widow and it was done in the event the mother passed away. Mother is healthy and in not in any danger of passing in the near future. Debtor has never driven or operated the car. Valuation was determined by KBB on June 1,2012. | $0.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 12-33393-CAD | |
| **Case Name:** | CLINITE, BRIAN D AND CLINITE, TANYA M | |
| **For the Period Ending:** | 1/15/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 08/22/2012 (f) |
| **§341(a) Meeting Date:** | 10/23/2012 |
| **Claims Bar Date:** | 02/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $300,782.00 | $1,900.00 | | $4,500.00 | $0.00 |

### Major Activities affecting case closing:

| | |
|---|---|
| 02/28/2013 | Motion to Employ Lakelaw Granted |
| | MOtion to Employ Broker Granted |
| | Debtor to pay Equity of $4500.00 to be paid over a few months - Awaiting Agreement |
| 03/21/2013 | Requesteed status of draft agreement - Debtor's to pay equity in property over a few months |
| 06/28/2013 | TFR to be prepared. |
| 09/10/2013 | TFR Completed for Trustee's review. |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-33393-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CLINITE, BRIAN D AND CLINITE, TANYA M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8546 | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | **-***8547 | Account Title: | |
| For Period Beginning: | 8/22/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 04/03/2013 | (1) | Tanya M Clinite | Payment RE Equity on Property | 1110-000 | $1,125.00 | | $1,125.00 |
| 04/25/2013 | (1) | Tanya M Clinite | Payment for Equity | 1110-000 | $1,125.00 | | $2,250.00 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.63 | $2,248.37 |
| 05/31/2013 | (1) | Tanya M Clinite and Brian D. Clinite | Final payment | 1110-000 | $2,250.00 | | $4,498.37 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.86 | $4,494.51 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.43 | $4,488.08 |
| 11/22/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,125.00 | $3,363.08 |
| 11/22/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.02 | $3,359.06 |
| 11/22/2013 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,560.00; Amount Allowed: 1,560.00;  Distribution Dividend: 100.00; | 3110-000 | | $1,560.00 | $1,799.06 |
| 11/22/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 24.84; Amount Allowed: 24.84;  Distribution Dividend: 100.00; | 3120-000 | | $24.84 | $1,774.22 |
| 11/22/2013 | 3005 | Discover Bank | Claim #: 1; Amount Claimed: 2,467.74; Amount Allowed: 2,467.74;  Distribution Dividend: 7.28; | 7100-900 | | $179.74 | $1,594.48 |
| 11/22/2013 | 3006 | GE Capital Retail Bank/ Toys "R" US Mastercard | Claim #: 2; Amount Claimed: 726.74; Amount Allowed: 726.74;  Distribution Dividend: 7.28; | 7100-900 | | $52.93 | $1,541.55 |
| 11/22/2013 | 3007 | GE Capital Retail Bank/ JCPENNEY Credit | Claim #: 3; Amount Claimed: 459.00; Amount Allowed: 459.00;  Distribution Dividend: 7.28; | 7100-900 | | $33.43 | $1,508.12 |
| 11/22/2013 | 3008 | GE Capital Retail Bank/ Sam's Club | Claim #: 4; Amount Claimed: 3,941.49; Amount Allowed: 3,941.49;  Distribution Dividend: 7.28; | 7100-900 | | $287.07 | $1,221.05 |
| 11/22/2013 | 3009 | PYOD, LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 1,591.65; Amount Allowed: 1,591.65;  Distribution Dividend: 7.28; | 7100-900 | | $115.93 | $1,105.12 |
| 11/22/2013 | 3010 | Capital One Bank (USA), N.A. | Claim #: 6; Amount Claimed: 3,148.41; Amount Allowed: 3,148.41;  Distribution Dividend: 7.28; | 7100-900 | | $229.31 | $875.81 |
| 11/22/2013 | 3011 | Capital One Bank (USA), N.A. | Claim #: 7; Amount Claimed: 12,024.75; Amount Allowed: 12,024.75; Distribution Dividend: 7.28; | 7100-900 | | $875.81 | $0.00 |

|  |  |  |  | **SUBTOTALS** | $4,500.00 | $4,500.00 | |

# FORM 2

Case 12-33393   Doc 45   Filed 02/03/14   Entered 02/03/14 16:03:11   Desc Main

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Document      Page 9 of 10

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | 12-33393-CAD | | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | CLINITE, BRIAN D AND CLINITE, TANYA M | | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | **-***8546 | | | | **Checking Acct #:** | | ******9301 |
| **Co-Debtor Taxpayer ID #:** | **-***8547 | | | | **Account Title:** | | |
| **For Period Beginning:** | 8/22/2012 | | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 1/15/2014 | | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,500.00 | $4,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,500.00 | $4,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,500.00 | $4,500.00 | |

**For the period of  8/22/2012 to 1/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $4,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $4,500.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/03/2013 to 1/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $4,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $4,500.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 12-33393-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CLINITE, BRIAN D AND CLINITE, TANYA M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8546 | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | **-***8547 | Account Title: | |
| For Period Beginning: | 8/22/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,500.00 | $4,500.00 | $0.00 |

**For the period of 8/22/2012 to 1/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $4,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between  08/22/2012 to 1/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $4,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ